**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Phyllis Hampton
Plaintiff,
v.
Banza LLC
Defendant.

Case No.: 1:26−cv−02631
Honorable LaShonda A. Hunt

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 7, 2026:

MINUTE entry before the Honorable LaShonda A. Hunt: Upon review of the parties' joint status report on settlement [19], a stipulation of dismissal is due by 9/21/26. That date will not be extended further. If dismissal paperwork is not timely filed, the case will be dismissed without prejudice with leave to reinstate within 7 days, after which the dismissal will automatically convert to one with prejudice without further court order. Mailed notice. (vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.