| | |
|---|---|
| PHYLLIS HAMPTON, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Banza LLC,<br><br>Defendant. | **United States District Court**<br>**Northern District of Illinois**<br><br>Case No.: 1:26-cv-2631<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties to the above-captioned action, through their undersigned counsel, that the above-captioned action is dismissed with prejudice as to all claims, causes of action, and parties, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that each party shall bear its own costs, expenses, and attorneys' fees, except as otherwise agreed in writing by the parties.

Dated: August 28, 2026

**/s/ Michael Ohrenberger**
By: Michael Ohrenberger, Esq.
EQUAL ACCESS LAW GROUP, PLLC
4903 Avenue N,
Brooklyn NY 11234
O: 844-731-3343
D: 716-281-5496
Email: mohrenberger@ealg.law
*Attorneys for Plaintiff*

**/s/ Devin J. Carpenter**
By: Devin J. Carpenter, Esq.
Honigman LLP
321 North Clark Street, Suite 500
Chicago, IL 60654
T: 312-701-9385
Email: dcarpenter@honigman.com
*Attorneys for Defendant*